## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

Debtors:

Darren Simmons  )  Case No. 08-29301
Shereada Simmons  )
1103 Barberry Way  )
Joliet, IL 60431  )

Trustee:
   Deborah Kanner Ebner
   11 E. Adams St.
   Suite 800
   Chicago, IL 60603

### STIPULATION TO EXTEND CREDITORS MEETING AND DISCHARGE

Debtors herein stipulate and agree to extension the Meeting of the Creditors currently set for November 20, 2008 to January 8, 2009, and the final date for Objection to Discharge or the Dischargeability of a Particular Debt to March 8, 2009.

_____      _____
Darren Simmons                       Robert G. Whitley Jr.
_____                Attorney for Debtors
Shereada Simmons

### CERTIFICATE OF SERVICE

The undersigned, a licensed attorney, certifies that a copy of the foregoing instrument was served upon the Trustee and Attorneys of Record of all parties electronically through the court's ECF system on the 17th day of Nov, 2008.

_____
Robert G. Whitley Jr.

**ROBERT G. WHITLEY, JR.**
**Attorney for Plaintiff**
ARDC# 03005542
15028 S. Des Plaines Street
Plainfield, Illinois 60544
Telephone: 815-436-4700
Facsimile: 815-4364700

